# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL B. HENRICKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CV469** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SPORTING GOOD PROPERTIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on June 6, 2005. The parties agreed the caption should be amended to reflect the actual name of the defendant, Sporting Goods Properties, Inc., rather than refer to the name, Remington Arms Company, Inc. Upon consideration,

**IT IS ORDERED:**

1. The telephone conference with the undersigned magistrate judge is rescheduled to **October 11, 2005, at 2:00 p.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference.

2. The Clerk of Court shall amend the caption to reflect that the defendant is only "Sporting Goods Properties, Inc.," and the parties shall so caption all further pleadings or documents filed in this matter.

DATED this 6th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge