# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. HENRICKSON, | ) | |
| | ) | 8:04CV469 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SPORTING GOODS PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 11, 2005.

**IT IS ORDERED:**

The telephone conference with the undersigned magistrate is rescheduled to **November 18, 2005, at 3:30 p.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference.

DATED this 12th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge