**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MICHAEL B. HENRICKSON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SPORTING GOODS PROPERTIES, INC.,** )<br>)<br>Defendant. ) | **8:04CV469**<br><br>**ORDER** |

    This matter is before the court following a telephone conference with counsel for the parties on November 18, 2005.

    **IT IS ORDERED:**

    The **telephone** planning conference with the undersigned magistrate judge is continued to **December 19, 2005** at **3:30 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

    DATED this 21st day of November, 2005.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                     United States Magistrate Judge